## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER POEPPEL, SHARON E. POEPPEL, | |
| Plaintiffs, | **4:12CV3245** |
| vs. | **ORDER** |
| OMARAIL, Inc.; and  DIGGER SPECIALTIES, INC., | |
| Defendants. | |

After conferring with the parties,


IT IS ORDERED:

1)   The trial and pretrial conference are continued pending further order of the court.

2)   A telephonic conference with the undersigned magistrate judge will be held on **January 6, 2014** at **10:30 a.m.** to discuss the status of case progression and potential settlement.  Counsel for plaintiff shall place the call.

November 22, 2013.


BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge